```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | 4:05CR3132 |
|   v. | ) | |
| | ) | |
| JERMAINE BUCHANAN, | ) | |
| | ) | ORDER |
|        Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for time, filing 14, is granted and the deadline for filing pretrial motions is extended to February 28, 2006.

DATED this 19th day of January, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge