```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>) | <br><br><br>4:05CR3132 |
| v. ) | |
| )<br>JERMAINE BUCHANAN, )<br>) | <br><br>ORDER |
| Defendant. )<br>) | |

IT IS ORDERED:

This case is removed from the trial calendar until motions, if any filed, are resolved.

DATED this 15th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge