IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2006 MAR 21  PM 4: 15
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:05CR3132 |
| JERMAINE BUCHANAN, | ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on defendant's Request to File Motion Under Seal, filing ____. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3(c) and (d), the Clerk shall file defendant's Unopposed Motion to Continue Trial and Order under seal.

DATED this 21st day of March, 2006.

BY THE COURT:

*signature*

The Honorable David L. Piester
United States Magistrate Judge