IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 MAR 21  PM 4: 15

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JERMAINE BUCHANAN, ) <br> ) <br> Defendant. ) | Case No. 4:05CR3132 |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Trial, filing _____, from March 27, 2006, until a date set by the Court after May 1, 2006. The Court, being fully advised in the premises, and noting that the government and the co-defendant have no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until _May_ _30_, 2006, at _9:00_ _a_.m. The defendant is ordered to appear at said time. This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial. Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, said continuance shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this _21st_ day of March, 2006.

BY THE COURT:

_/s/ David L. Piester_
The Honorable David L. Piester
United States Magistrate Judge