IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:05CR3132 |
| Plaintiff, | )<br>)<br>) | **ORDER TO SEAL DOCUMENT** |
| v. | )<br>) | |
| JERMAINE BUCHANAN, | )<br>) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 31st day of March, 2006, on the Motion of the Defendant for an order to seal his Motion to Review Detention and Request for Evidentiary Hearing. (Filing No. 24).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal shall be filed under seal.

DATED this 3rd day of April, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge