```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | 4:05CR3132 |
| | ) | |
|     v. | ) | |
| | ) | |
| JERMAINE BUCHANAN, | ) | ORDER |
| | ) | |
|     Defendant. | ) | |

    IT IS ORDERED,

    The oral motion of counsel for defendant is granted and,

    The change of plea hearing is continued to September 7, 2006 at 10:30 a.m.

    For this defendant, the time between today's date and the hearing on the anticipated plea of guilty is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    The defendant shall be present at the hearing.

    Dated August 7, 2006.

                                     BY THE COURT

                                  s/ *David L. Piester*

                                  David L. Piester
                                  United States Magistrate Judge