# Case #4:05CR3132

## USA v. Buchanan

## Per RGK Order #45, dated 11/3/06

## This filing has been removed from the ECF system.