IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3132 |
| | ) | |
| V. | ) | |
| | ) | |
| JERMAINE BUCHANAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the Clerk of Court shall strike and remove the order (filing 43) that was filed in error.

November 3, 2006.    BY THE COURT:

    s/ *Richard G. Kopf*
    United States District Judge