IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JERMAINE BUCHANAN,  )<br>  )<br>  Defendant.  ) | Case No. 4:05CR3132 |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion to Modify Conditions of Release, filing no. 51. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's conditions of release be modified to allow him to return to Chicago until the date of his self-surrender to the Bureau of Prisons.

Dated this 21st day of November, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge