AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3132 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 20154-047 |
| | ) | |
| JERMAINE BUCHANAN, | ) | JULIE B. HANSEN |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 11/20/2006 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 121 months is reduced to 120 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 31         Amended Offense Level: 29
Criminal History Category: II      Criminal History Category: I
Previous Guideline Range: 121 to 151 months      Amended Guideline Range: 120 to 121 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated November 20, 2006 shall remain in effect. Filings 53 and 56 are granted as provided herein.

**IT IS SO ORDERED.**

Dated this 7th day of October, 2008
Effective Date: Tuesday, October 7, 2008

*S/Richard G. Kopf*
United States District Judge